PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND  (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    FAX: (415) 436-6570
    molly.friend@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM THE NATIONAL COURT OF FIRST INSTANCE OF LABOR NO. 5 IN BUENOS AIRES, ARGENTINA IN CARMEN VERONICA MAXIOTTA V. MATIZ S.A. | MISC. NO. 25-mc-80059<br><br>EX PARTE APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782 |

    Patrick D. Robbins, Acting United States Attorney for the Northern District of California, by the undersigned Assistant United States Attorney, Molly A. Friend, petitions this Court for an Order pursuant to 28 U.S.C. § 1782(a), appointing Molly A. Friend, Assistant United States Attorney, Commissioner for the purposes of obtaining documents from Google LLC ("Google").  Certain information has been requested by the National Court of First Instance of Labor No. 5 in Buenos Aires, Argentina (the "Argentine Court") pursuant to a Letter of Request issued in connection with a civil judicial proceeding captioned: *Carmen Veronica Maxiotta v. Matiz S.A.*, Foreign Reference Number 53799/2021.

    The grounds for this *ex parte* Application are more fully articulated in the Memorandum of Law that has been simultaneously filed with the Application.  A Proposed Order is also provided for the convenience of the Court.

EX PARTE APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782

Google does not object to entry of the accompanying Proposed Order as drafted, which allows Google to provide notice to the affected user(s). Google reserves all rights and objections in responding to the underlying subpoena.

DATED: January 27, 2025

Respectfully submitted,

PATRICK D. ROBBINS
Acting United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney

# CERTIFICATE OF SERVICE

**United States of America v. Google LLC**
**USDC Case #**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**1. EX PARTE APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782; MEMORANDUM IN SUPPORT; DECLARATION IN SUPPORT; PROPOSED ORDER**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

[] FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.
[] CERTIFIED MAIL (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.
[] FACSIMILE (FAX)
[] PERSONAL SERVICE (BY MESSENGER)
[] FEDERAL EXPRESS via Priority Overnight
**[X] EMAIL-Pursuant to written agreement of the parties to accept service by electronic mail**
[] USAfx

To the party(ies) last known address as follows:

> Google Legal Investigations
> Google-legal-support@google.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 11, 2025, at San Francisco, California.

*/s/ Molly A. Friend*
Molly A. Friend
Assistant United States Attorney