PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    FAX: (415) 436-6570
    molly.friend@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM THE NATIONAL COURT OF FIRST INSTANCE OF LABOR NO. 5 IN BUENOS AIRES, ARGENTINA IN CARMEN VERONICA MAXIOTTA V. MATIZ S.A. | MISC. NO. 25-MC-80059<br><br>DECLARATION OF MOLLY A. FRIEND IN SUPPORT OF EX PARTE APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782 |

I, Molly A. Friend, declare as follows:

1.     I am an Assistant United States Attorney and represent the United States of America in the above-captioned matter. I am a member in good standing of the State Bar of California and the Bar of this Court. I make this declaration upon information and belief based upon the attached exhibits and communications with personnel in the United States Department of Justice, to which a Letter of Request has been transmitted for execution. I make this declaration in support of the Government's request, pursuant to 28 U.S.C. § 1782(a), for an Order appointing me Commissioner for the purpose of obtaining information from Google, LLC ("Google"). The matters stated in this declaration are true of my own knowledge. If necessary, I could, and would, competently testify to them.

2.     In connection with a judicial proceeding in the National Court of First Instance of Labor No. 5 in Buenos Aires, Argentina, captioned: *Carmen Veronica Maxiotta v. Matiz S.A.*, Foreign

DECLARATION OF MOLLY A. FRIEND IN SUPPORT OF EX PARTE APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782

1

Reference Number 53799/2021, the National Court of First Instance of Labor No. 5 issued a Letter of Request seeking information from Meta. A true and correct copy of the Letter of Request is attached as Exhibit 1.

3. On or about October 23, 2024, the U.S. Attorney's Office first wrote to counsel for Google about the Argentine Court's request for international judicial assistance. The U.S. Attorney's Office followed up with correspondence to Google directly on January 21, 2025. Google stated that it would not voluntarily produce the requested information without an application under 28 U.S.C. § 1782 and resulting court order and subpoena. It reserved its right to object or move to quash any resulting subpoena. Google stated that, after it receives the subpoena, provides notice to the affected user(s), and any objections by Google or from the affected user(s) are asserted and fully adjudicated in favor of production, Google is willing to provide the requested information to the U.S. Attorney's Office, provided that the District Court appoints me as Commissioner to issue a United States federal court subpoena for the information.

4. A true and correct copy of the proposed subpoena that I will serve on Google if the Court grants the Application is attached as Exhibit 2.

5. On January 27, 2025, I provided Google with this Application and supporting papers by email.

6. Google does not object to the entry of the accompanying proposed order, which allows Google to provide notice to the affected user(s), and provides both the user(s) and Google time to object and/or file a motion to quash the resulting subpoena.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed this 11th day of March, 2025, in San Francisco, California.

                                       /s/ Molly A. Friend
                                       MOLLY A. FRIEND
                                       Assistant United States Attorney

# EXHIBIT 1



**República Argentina - Poder Ejecutivo Nacional**
AÑO DE LA DEFENSA DE LA VIDA, LA LIBERTAD Y LA PROPIEDAD

**Nota**

**Número:** NO-2024-93763101-APN-DAJI#MRE

CIUDAD DE BUENOS AIRES
Viernes 30 de Agosto de 2024

**Referencia:** COPMC- NOR- HCCH- PRBA- MAXIOTTA CARMEN VERONICA C/MATIZ S.A. S/ PEDIDO DE REINCORPORACIÓN EXPTE N° 53799/2021 - EE.UU- EX-2022-116610866- -APN-DGD#MRE - Carpe: 2326/2022

**A:** (CC) Autoridad Central de EEUU (OIJA@usdoj.gov),

**Con Copia A:**

**De mi mayor consideración:**

Tengo el agrado de dirigirme a Ud. en mi carácter de Autoridad Central designada en los términos del Convenio de 18 de marzo de 1970 sobre la Obtención de Pruebas en el Extranjero en materia Civil y Comercial, con el objeto de remitir un exhorto ampliatorio librado por el Juzgado Nacional de Primera Instancia del Trabajo Nro. 5 de la Ciudad Autónoma de Buenos Aires, República Argentina, en los autos caratulados "**MAXIOTTA CARMEN VERONICA C/MATIZ S.A. S/ PEDIDO DE REINCORPORACIÓN EXPTE N° 53799/2021**" a los fines de su diligenciamiento de estilo.

La rogatoria, librada en los términos del instrumento internacional mencionado, tiene por objeto solicitar informes a *Google LLC*.

Se le hace saber que la presente solicitud guarda relación con la rogatoria que fuera devuelta por esa Autoridad Central mediante DJ Reference Number: 189-44-23-34.

Se solicita que una vez diligenciada la misma sea remitida a esta Autoridad Central al correo institucional cooperacion-civil@mrecic.gov.ar a los fines de su posterior devolución al Juzgado exhortante.

Se remite UN archivo embebido. Para poder visualizarlo es necesario descargar la nota, y sobre el margen izquierdo, seleccionar el símbolo de clip, allí se desplegará el archivo embebido. Se sugiere abrir la nota desde el programa Adobe

SEPT 4 2024
189-44-24-152

Reader.

hym

Sin otro particular saluda atte.

Carla Antonella Caba
Asesor Legal
Dirección de Asistencia Jurídica Internacional
Ministerio de Relaciones Exteriores, Comercio Internacional y Culto



**EXTENSION OFFICE**

Buenos Aires, 14 of August 2024.

**TO THE MINISTRY OF FOREIGN AFFAIRS. INTERNATIONAL TRADE AND WORSHIP**

S_____/_____D

I have the pleasure of addressing you in the records entitled: **"MAXIOTTA, CARMEN VERONICA C/ MATIZ S.A. S/ REQUEST FOR REINCORPORATION" (File No. 53799/2021)**, processed before the National Court of 1st Instance of Labor No. 5, in charge of Dr. Pereira, Graciela Beatriz, Sole Secretary, in charge of Dr. Piacenti, Mariano Gastón, located at Avenue Presidente Roque Sáenz Peña 760, 7th Floor of the Autonomous City of Buenos Aires, in order to request him to transfer the Diplomatic Exhort that accompanies the Judge with jurisdiction in Mountain View, California, United States of America, so that it can be transferred to Google LLC., with real address at 1600, Amphitheater Parkway, Mountain View, California, United States of America, for the purposes of accompanying the CD again in response to Google LLC's document records request. that they refer to having accompanied in their previous response, as the attached files on said CD were damaged. Also, report the following: if a Gmail email account appears in your database whose user is: mardescalzo478@gmail.com, user ID, under which name and surname is registered, in whose name said email address is registered, date and time of the creation of the Gmail account, date and time of closing the account, your mobile phone number, personal data that has been reported in this account. Also inform the user's registration, name, address, local and long-distance telephony, connection record or records of session times and durations, duration of the service (including start date) and what types of service can be used, telephone number or instrument or other subscriber number or identity, including any temporarily assigned network address and source of payment for such service (including any credit card or bank account number). **It is reported that these actions are from the labor jurisdiction and that the Gmail user is a witness in the proceedings.**
*I proceed as legal representative of the defendant MATIZ S.A., in use of the power conferred by Art. 400 of the CPCCN and I certify that, in accordance with the provisions of said rule and art. 398 of the same Code, the required*

IF-2024-88900318-APN-DAJI#MRE

*report must be sent directly to the Actuary Secretary with a transcript or copy of this, within a period of 10 business days. If due to reasonable circumstances, the requirement cannot be fulfilled within the indicated period, the Court must be informed, before its expiration, about the causes and the date on which it will be fulfilled, subject to the provisions of art. 399 of the Code.*

The order that orders this document says in its pertinent part: "Buenos Aires, August 26, 2022. Remotely providing the presentation of the defendant: In view of the reasons stated, the resolution dated 08/10/2022 was revoked on the contrary. second paragraph and issue the requested diplomatic exhort, leaving the intimidated party in the terms of the order to open evidence in the informative section. Signed GRACIELA B. PEREIRA. JUDGE OF FIRST INSTANCE. "Buenos Aires, November 29, 2022... Release the official letter and reiterated diplomatic request requested by the defendant. BE NOTIFIED." signed GRACIELA B. PEREIRA. JUDGE OF FIRST INSTANCE. "Buenos Aires, February 22, 2023. Remotely providing the DEFENDANT's presentation: Release the additional document requested from Google." Signed. GRACIELA B. PEREIRA. JUDGE OF FIRST INSTANCE. "Buenos Aires, May 12, 2023 on the date of electronic signature. Providing the presentation of the DEFENDANT, made in accordance with ART. 84 L.O. Make available to this Court the procedures required by the part in order to be confronted." Signed GRACIELA B. PEREIRA. JUDGE OF FIRST INSTANCE. "Buenos Aires, November 21, 2023 on the date of electronic signature. In response to the presentation made by the defendant, please issue the official letter requested by the part. NOTIFY." Signed GRACIELA B. PEREIRA. JUDGE OF FIRST INSTANCE. "Buenos Aires, April 8, 2024. Issue the letters requested by the defendant in the terms provided by art. 84 of LO. Signed GRACIELA B. PEREIRA. FIRST INSTANCE JUDGE". "Buenos Aires, June 6, 2024. In response to the arguments put forward by the defendant, the document requested by the defendant is issued. Signed. GRACIELA B. PEREIRA. JUDGE OF FIRST INSTANCE"

Are authorized for the diligence of the present the Drs. Pablo Miguel Guasp and/or Melina Eva Torrone and/or Carlos Eduardo Mangiarotti and/or Brenda Melanie Puebla and/or Bettina Andrea Baglivo and/or whoever these indistinctly design.

Remain, Yours faithfully.

MARIANO GASTON PIACENTI
SECRETARIO

GRACIELA B. PEREIRA
JUEZ NACIONAL

Signature Not Verified
Digitally signed by PABLO MIGUEL GUASP
Date: 2024.08.01 12:44:37 ART

IF-2024-88900318-APN-DAJI#MRE

## EXHORT

Dr. PEREIRA, GRACIELA BEATRIZ, NATIONAL LABOR JUDGE of the Argentine Republic, in charge of the National Court of 1st Instance of Labor No. 5, Sole Secretary, of the Autonomous City of Buenos Aires, Argentine Republic, to the Judge of the Same Class and degree in turn with Jurisdiction in Mountain View, California, United States of America.

**Greets. Exhorts and Makes Known:** That before this National Court of First Instance of Labor No. 5 of the Autonomous City of Buenos Aires, Capital of the Argentine Republic, with seat at Avenue Presidente Roque Saenz Peña 760, Floor 7 of the Autonomous City of Buenos Aires, processes the cars entitled: **"MAXIOTTA CARMEN VERONICA C/ MATIZ S.A. S/ REQUEST FOR REINCORPORATION (EXPTE N ° 53799/2021)** in which it has been ordered to deliver to the Court of Equal Grade and Class with Jurisdiction in Mountain View, California , United States of America, this exhort in order to request your honor to transfer to Google LLC., with real address at 1600, Amphitheater Parkway, Mountain View, California, United States of America, for the purposes of accompanying the CD again in response to Google LLC's document records request. that they refer to having accompanied in their previous response, as the attached files on said CD were damaged. Also, report the following: if a Gmail email account appears in your database whose user is: mardescalzo478@gmail.com, user ID, under which name and surname is registered, in whose name said email address is registered , date and time of the creation of the Gmail account, date and time of closing the account, your mobile phone number, personal data that has been reported in this account. Also inform the user's registration, name, address, local and long-distance telephony, connection record or records of session times and durations, duration of the service (including start date) and what types of service can be used, telephone number or instrument or other subscriber number or identity, including any temporarily assigned network address and source of payment for such service (including any credit card or bank account number). **It is reported that these actions are from the labor jurisdiction and that the Gmail user is a witness in the proceedings.**

The documents that order this document say: "Buenos Aires, August 26, 2022. Remotely providing the presentation of the defendant: In view of the reasons stated, revoke the resolution dated 08/10/2022, second paragraph, and release the requested diplomatic rogatory, leaving the intimidated party in the terms of the order to open the evidence to the informative section. NOTIFY

YOURSELF." Signed GRACIELA B. PEREIRA. JUDGE OF FIRST INSTANCE. "Buenos Aires, November 29, 2022... Release the official letter and reiterated diplomatic request requested by the defendant. BE NOTIFIED." signed GRACIELA B. PEREIRA. JUDGE OF FIRST INSTANCE. "Buenos Aires, February 22, 2023. Remotely providing the DEFENDANT's presentation: Release the additional document requested from Google. Signed. GRACIELA B. PEREIRA. JUDGE OF FIRST INSTANCE." "Buenos Aires, May 12, 2023 on the date of electronic signature. Providing the presentation of the DEFENDANT, made in accordance with ART. 84 L.O. Make available to this Court the procedures required by the part in order to be confronted." Signed GRACIELA B. PEREIRA. JUDGE OF FIRST INSTANCE. "Buenos Aires, November 21, 2023 on the date of electronic signature. In response to the presentation made by the defendant, please issue the official letter requested by the part. NOTIFY." Signed GRACIELA B. PEREIRA. JUDGE OF FIRST INSTANCE. "Buenos Aires, April 8, 2024. Issue the letters requested by the defendant in the terms provided by art. 84 of LO. Signed GRACIELA B. PEREIRA. FIRST INSTANCE JUDGE." "Buenos Aires, June 6, 2024. In response to the arguments put forward by the defendant, the document requested by the defendant is issued. Signed. GRACIELA B. PEREIRA. JUDGE OF FIRST INSTANCE"

The undersigned begs and urges your honor to duly comply with what is required, offering reciprocity for similar cases.

The Convention on Obtaining Evidence Abroad of 1/18/1970 approved by Law 23,480 in its article 9 establishes: "The judicial authority that executes a warrant will apply the legislation of its country in what refers to the procedures to follow through."

However, when requested by the requesting authority to proceed according to a special procedure, it must do so unless it is compatible with the legislation of the requested State or its application is not possible because it does not conform to the judicial practice of the State. State required or due to other practical difficulties.

Exhorts must be executed urgently.

For the purposes of compliance with the provisions of art.3 subsections b. and c. of said Evidence Convention abroad in Civil and Commercial Matters, it is stated that the parties in this lawsuit are for the plaintiff MAXIOTTA, CARMEN VERONICA, being her sponsoring attorney Emilio Carlos Sojo, Volume 84 Follo 637, with legal address at Tucumán 716, 3rd floor of the Autonomous City of Buenos Aires, and for the defendant MATIZ S.A., being her attorney-in-fact Dr.

Pablo Miguel Guasp, Volume 60 Folio 933 Public Bar Association of the federal capital.

It is stated that Drs. Pablo Miguel Guasp and/or Melina Eva Torrone and/or Carlos Eduardo Mangiarotti and/or Puebla Brenda Melanie and/or Bettina Andrea Baglivo, are empowered to complete this document.

Given, sealed and signed in the National Court of First Instance in Labor Matters No. 5 of my public office, in the Autonomous City of Buenos Aires, Republic of Argentina, on August 2024.

MARIANO GASTON PIACENTI
SECRETARIO

GRACIELA B. PEREIRA
JUEZ NACIONAL

Signature Not Verified
Digitally signed by PABLO MIGUEL GUASP
Date: 2024.08.01 12:44:37 ART

IF-2024-88900318-APN-DAJI#MRE

Página 25 de 34

# OFICIO AMPLIATORIO

Buenos Aires,   de Agosto de 2024.

**AL MINISTERIO DE RELACIONES EXTERIORES,**
**COMERCIO INTERNACIONAL Y CULTO**

S_____/_____D

　　　　　Tengo el agrado de dirigirme a ud. en los autos caratulados:**"MAXIOTTA, CARMEN VERONICA C/ MATIZ S.A. S/ PEDIDO DE REINCORPORACION" (Expte N° 53799/2021),** que tramitan por ante el Juzgado Nacional de 1ra Instancia del Trabajo N° 5, a cargo de la Dra. Pereira, Graciela Beatriz, Secretaría Unica, a cargo del Dr. Piacenti, Mariano Gastón, sito en Avenida Presidente Roque Sáenz Peña 760, Piso 7° de la Ciudad Autonóma de Buenos Aires, a fin de solicitarle dar traslado del Exhorto Diplomatico que se acompaña al Señor juez con jurisdicción en Mountain View, California, Estados Unidos de América, para que el mismo de traslado a Google LLC., con domicilio real en 1600, Amphitheatre Parkway, Mountain View, California, Estados Unidos de América, a los efectos de que acompañen nuevamente el CD en respuesta a la solicitud de registros de documentos de Google LLC. que refieren haber acompañado en su contestación anterior, al encontrarse dañados los archivos adjuntos en dicho CD. Asimismo, informe lo siguiente: si le figura en su base de datos una cuenta de correo de Gmail cuyo usuario es: mardescalzo478@gmail.com, ID del usuario, bajo que nombre y apellido está registrado, a nombre de quien está registrada dicha dirección de correo, fecha y hora de la creación de la cuenta de Gmail, fecha y hora de cierre de la cuenta, su número de telefonía móvil, datos personales que se haya denunciado en la presente cuenta. Asimismo, informe el registro del usuario, el nombre, dirección, telefonia local y de larga distancia, registro de conexion o registros de tiempos y duraciones de sesiones, duración del servicio (incluido fecha de inicio) y que tipos de servicio pueden ser utilizados, número de teléfono o instrumento u otro abonado número o identidad, incluida cualquier dirección de red asignada temporalmente y fuente de pago por dicho servicio (incluyendo cualquier tarjeta de crédito o número de cuenta bancaria). **Se informa que las presentes actuaciones son del fuero laboral y que el usuario de Gmail es testigo en autos.**

　　　　　*Procedo como letrado apoderado de la demandada MATIZ S.A., en uso de la facultad conferida por el Art.400 del CPCCN y hago constar que, conforme lo dispuesto en dicha norma y el art. 398 del mismo Código, el informe requerido deberá ser remitido directamente a la Secretaría Actuaria con transcripción o copia del presente, dentro del plazo de 20 días hábiles. Si por circunstancias atendibles el requerimiento no pudiera ser cumplido en el plazo indicado, deberá informarse al Juzgado, antes del vencimiento de aquél, sobre las causas y la fecha en que se cumplirá, bajo apercibimiento de lo dispuesto en el art. 399 del Código.*

　　　　　El auto que ordena el presente dice en su parte pertinente: "Buenos Aires, 26 de agosto de 2022. Proveyendo en forma remota la presentación de la

IF-2024-88900318-APN-DAJI#MRE

Página 3 de 34

DEMANDADA: Atento las razones expuestas, revocase por contrario imperio la resolución de fecha 10/08/2022 segundo párrafo y líbrese el exhorto diplomático solicitado, quedando la parte intimada en los términos del auto de apertura a prueba apartado informativa. NOTIFIQUESE." Fdo. GRACIELA B. PEREIRA. JUEZ DE PRIMERA INSTANCIA. "Buenos Aires, 29 de noviembre de 2022... Líbrense el oficio y exhorto diplomático reiteratorios solicitado por la demandada. NOTIFIQUESE." Fdo. GRACIELA B. PEREIRA. JUEZ DE PRIMERA INSTANCIA. "Buenos Aires, 22 de febrero de 2023. Proveyendo en forma remota la presentación de la DEMANDADA: Líbrese el oficio ampliatorio solicitado a Google." Fdo. GRACIELA B. PEREIRA. JUEZ DE PRIMERA INSTANCIA. "Buenos Aires, 12 de mayo de 2023 en fecha de firma electrónica. Proveyendo la presentación de la parte DEMANDADA, confeccionados que sean conforme ART. 84 L.O. Poner a disposición de este Juzgado los diligenciamientos requeridos por la parte a fin de ser confrontados." Fdo. GRACIELA B. PEREIRA. JUEZ DE PRIMERA INSTANCIA. "Buenos Aires, 21 de noviembre de 2023 en fecha de firma electrónica. Proveyendo a la presentación formulada por la parte demandada, líbrense los oficio solicitados por la parte. NOTIFIQESE." Fdo. GRACIELA B. PEREIRA. JUEZ DE PRIMERA INSTANCIA. "Buenos Aires, 8 de abril de 2024. Líbrense los oficios solicitados por la parte demandada en los términos dispuestos por art. 84 de LO. Fdo. GRACIELA B. PEREIRA. JUEZ DE PRIMERA INSTANCIA". "Buenos Aires, 6 de Junio de 2024. En atención a los argumentos esgrimidos por la parte demandada, líbrese el oficio requerido por la parte demandada. Fdo. GRACIELA B. PEREIRA. JUEZ DE PRIMERA INSTANCIA"

Se encuentran autorizados para el diligenciamiento del presente el Dr. Pablo Miguel Guasp y/o Melina Eva Torrone y/o Carlos Eduardo Mangiarotti y/o Brenda Melanie Puebla y/o Bettina Andrea Baglivo y/o quiénes éstos designen indistintamente.

Sin otro particular Saluda Atentamente.

MARIANO GASTON PIACENTI
SECRETARIO

GRACIELA B. PEREIRA
JUEZ NACIONAL

# EXHORTO

Dra. PEREIRA, GRACIELA BEATRIZ, JUEZA NACIONAL en lo Laboral de la República Argentina, a cargo del Juzgado Nacional de 1ra Instancia del Trabajo N° 5, Secretaria Única, de la Ciudad Autónoma de Buenos Aires, República Argentina, al Señor Juez de Igual Clase y grado en turno con Jurisdicción en Mountain View, California, Estados Unidos de America.

**Saluda. Exhorta y Hace Saber:** Que ante este Juzgado Nacional de Primera Instancia del Trabajo N° 5 de la Ciudad Autónoma de Buenos Aires, Capital de la República Argentina, con asiento en la Avenida Presidente Roque Saenz Peña 760, Piso 7° de la Ciudad Autónoma de Buenos Aires, tramitan los autos caratulados: **"MAXIOTTA, CARMEN VERONICA C/ MATIZ S.A. S/ PEDIDO DE REINCORPORACION" (EXPTE. N° 53799/2021)** en los que se ha dispuesto librar al Juzgado de Igual Grado y Clase con Jurisdicción en Mountain View, California, Estados Unidos de America, la presente rogatoria a fin de solicitarle a VS dar traslado a Google LLC., con domicilio real en 1600, Amphitheatre Parkway, Mountain View, California, Estados Unidos de América, a los efectos de que a los efectos de que acompañen nuevamente el CD en respuesta a la solicitud de registros de documentos de Google LLC. que refieren haber acompañado en su contestación anterior, al encontrarse dañados los archivos adjuntos en dicho CD. Asimismo, informe lo siguiente: si le figura en su base de datos una cuenta de correo de Gmail cuyo usuario es: mardescalzo478@gmail.com, ID del usuario, bajo que nombre y apellido está registrado, a nombre de quien está registrada dicha dirección de correo, fecha y hora de la creación de la cuenta de Gmail, fecha y hora de cierre de la cuenta, su número de telefonía móvil, datos personales que se haya denunciado en la presente cuenta. Asimismo, informe el registro del usuario, el nombre, dirección, telefonia local y de larga distancia, registro de conexion o registros de tiempos y duraciones de sesiones, duración del servicio (incluido fecha de inicio) y que tipos de servicio pueden ser utilizados, número de teléfono o instrumento u otro abonado número o identidad, incluida cualquier dirección de red asignada temporalmente y fuente de pago por dicho servicio (incluyendo cualquier tarjeta de crédito o número de cuenta bancaria). **Se informa que las presentes actuaciones son del fuero laboral y que el usuario de Gmail es testigo en autos.**

Los autos que ordenan la presente dicen: "Buenos Aires, 26 de agosto de 2022. Proveyendo en forma remota la presentación de la DEMANDADA: Atento las razones expuestas, revocase por contrario imperio la resolución de fecha 10/08/2022 segundo párrafo y líbrese el exhorto diplomático solicitado,

quedando la parte intimada en los términos del auto de apertura a prueba, apartado informativa. NOTIFIQUESE." Fdo. GRACIELA B. PEREIRA. JUEZ DE PRIMERA INSTANCIA. "Buenos Aires, 29 de noviembre de 2022. Líbrense el oficio y exhorto diplomático reiteratorios solicitado por la demandada. NOTIFIQUESE." Fdo. GRACIELA B. PEREIRA. JUEZ DE PRIMERA INSTANCIA. "Buenos Aires, 22 de febrero de 2023. Proveyendo en forma remota la presentación de la DEMANDADA: Líbrese el oficio ampliatorio solicitado a Google. Fdo. GRACIELA B. PEREIRA. JUEZ DE PRIMERA INSTANCIA". "Buenos Aires, 12 de mayo de 2023 en fecha de firma electrónica. Proveyendo la presentación de la parte DEMANDADA, confeccionados que sean conforme ART. 84 L.O. Poner a disposición de este Juzgado los diligenciamientos requeridos por la parte a fin de ser confrontados." Fdo. GRACIELA B. PEREIRA. JUEZ DE PRIMERA INSTANCIA. "Buenos Aires, 21 de noviembre de 2023 en fecha de firma electrónica. Proveyendo a la presentación formulada por la parte demandada, líbrense los oficio solicitados por la parte. NOTIFIQESE." Fdo. GRACIELA B. PEREIRA. JUEZ DE PRIMERA INSTANCIA. "Buenos Aires, 8 de abril de 2024. Líbrense los oficios solicitados por la parte demandada en los términos dispuestos por art. 84 de LO. Fdo. GRACIELA B. PEREIRA. JUEZ DE PRIMERA INSTANCIA". "Buenos Aires, 6 de Junio de 2024. En atención a los argumentos esgrimidos por la parte demandada, líbrese el oficio requerido por la parte demandada. Fdo. GRACIELA B. PEREIRA. JUEZ DE PRIMERA INSTANCIA."

El infrascripto ruega y exhorta a V.S el debido cumplimiento de lo requerido, ofreciéndo reciprocidad para casos análogos.

La Convención sobre la obtención de Prueba en el Extranjero del 18/III/1970 aprobada por la ley 23.480 en su artículo 9° establece : "La autoridad judicial que ejecute un exhorto aplicará la legistalación de su país en lo que se refiere a los procedimientos a seguir al efecto."

Sin embargo, ante la solicitud de la autoridad requirente de que se proceda de acuerdo a algún procedimiento especial deberá hacerlo a menos de que éste sea compatible con la legislación del Estado requerido o que su aplicación no sea posible por no ajustarse a la práctica judicial del Estado requerido o por otras dificultades de orden práctico.

Los exhortos deberán ser ejecutados de carácter urgente.

A los efectos de su cumplimiento con lo establecido en el art.3 incisos b. y c. de dicha Convención de Pruebas en el extranjero en Materia Civil y Comercial, se expresa que las partes en el presente juicio son por la parte actora MAXIOTTA, CARMEN VERONICA, siendo su abogado patrocinante Emilio Carlos Sojo, Tomo 84 Folio 637, con domicilio legal en Tucumán 716, piso 3° de la

Ciudad Autonoma de Buenos Aires, y por la parte demandada MATIZ S.A., siendo su abogado apoderado el Dr. Pablo Miguel Guasp, Tomo 60 Folio 933 CPACF.
Se hace constar que los Dres. Pablo Miguel Guasp y/o Melina Eva Torrone y/o Carlos Eduardo Mangiarotti y/o Puebla Brenda Melanie y/o Bettina Andrea Baglivo, se encuentran facultados para diligenciar el presente.
Dado, sellado y firmado en el Juzgado Nacional de Primera Instancia en lo Laboral N° 5 de mi público despacho, en la Ciudad Autónoma de Buenos Aires, República Argentina, a los días /\u00b0 del mes de Agosto de 2024.-

MARIANO GASTON PIACENTI
SECRETARIO

GRACIELA B. PEREIO
JUEZ NACIONAL

Signature Not Verified
Digitally signed by PABLO
MIGUEL GUASP
Date: 2024.08.01 12:44:37 ART

IF-2024-88900318-APN-DAJI#MRE



República Argentina - Poder Ejecutivo Nacional
AÑO DE LA DEFENSA DE LA VIDA, LA LIBERTAD Y LA PROPIEDAD

**Hoja Adicional de Firmas**
Informe gráfico

**Número:** NO-2024-93763101-APN-DAJI#MRE

CIUDAD DE BUENOS AIRES
Viernes 30 de Agosto de 2024

**Referencia:** COPMC - MAXIOTTA CARMEN VERONICA C/MATIZ S.A. S/ PEDIDO DE REINCORPORACIÓN EXPTE N° 53799/2021 - ARGENTINA

El documento fue importado por el sistema GEDO con un total de 34 pagina/s.

Carla Antonella Caba
Asesor Legal

Dirección de Asistencia Jurídica Internacional
Ministerio de Relaciones Exteriores, Comercio Internacional y Culto

# EXHIBIT 2

**Attachment A**

**YOU ARE COMMANDED** to produce the User ID, name and surname of the registered user, date and time of creation of the account and closing of the account, phone number, personal data reported on the account, registrations, address, service information, network address, and source of payment, for the Gmail user identified in Exhibit A to the Application. ECF No. ___.

Google shall provide a copy of the subpoena to the relevant account owner(s) and advise them that they have 21 calendar days from the date they receive the subpoena to file an objection or a motion to quash challenging the subpoena.

Absent any objections or motions challenging the subpoena filed by the user or Google in response to the subpoena, Google shall produce the information described in above, to the extent it is available.

Google will not disclose any information that would be inconsistent with its obligations under the federal law including, but not limited to, the Stored Communications Act.