```
PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    FAX: (415) 436-6570
    molly.friend@usdoj.gov
```

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM THE NATIONAL COURT OF FIRST INSTANCE OF LABOR NO. 5 IN BUENOS AIRES, ARGENTINA IN CARMEN VERONICA MAXIOTTA V. MATIZ S.A. | MISC. NO. 25-MC-80059<br><br>[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782 |

Pending before the Court is an application submitted by the United States Attorney for an order pursuant to 28 U.S.C. § 1782. The United States Attorney requests that the Court appoint Molly A. Friend, Assistant United States Attorney, as Commissioner and authorize AUSA Friend to issue subpoenas and obtain documents and other information from an entity located within the jurisdiction of this Court, namely Google, LLC ("Google"), in conformity with the Letter of Request issued by the National Court of First Instance of Labor No. 5 in Buenos Aires, Argentina (the "Argentine Court") in connection with a civil judicial proceeding captioned: *Carmen Veronica Maxiotta v. Matiz S.A.*, Foreign Reference Number 53799/2021.

The Court has reviewed the documents supporting this request for international judicial assistance as attached to the Declaration of AUSA Friend, and the Application of the United States, and is informed of the grounds upon which the Request Letter and Application are based.

Pursuant to the power conferred on it under 28 U.S.C. § 1782, and its inherent authority, the

Court hereby ORDERS that AUSA Friend is appointed as Commissioner, and is authorized to serve Google with a subpoena in accordance with the following terms and conditions:

1. Upon receipt of the subpoena, Google shall promptly make a diligent search for the information contained in the Request Letter pertaining to mardescalzo478@gmail.com, including, but not limited to, the following necessary information: the User ID, name and surname of the registered user, date and time of creation of the account and closing of the account, phone number, personal data reported on the account, registrations, address, service information, network address, and source of payment for the account.

2. Google shall provide a copy of the subpoena to the relevant account owner(s) and advise them that they have 21 calendar days from the date they receive the subpoena to file any objections or motions challenging the subpoena.

3. Absent any objections or motions challenging the subpoena by the user or Google, Google shall produce the information described in paragraph 1 above, to the extent it is available.

4. This Order does not require Google to disclose any information that would be inconsistent with its obligations under the federal law including, but not limited to, the Stored Communications Act.

5. Within 30 calendar days from receipt of the subpoena by email, provided that no objection or motions are received in response to the notice provided as set forth in paragraphs 2 and 3 of this Order, Google shall produce the information described in paragraph 1 above, to the extent it is available, to AUSA Friend, notwithstanding any other paragraph in this Order.

6. This Order does not preclude the United States from filing an amended petition for a further order authorizing an amended subpoena requesting additional information from Google in the event the Argentine Court requests additional information from Google after reviewing Google's response to the subpoena authorized by this Order.

IT IS SO ORDERED.

DATED: _____, 2025

UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782

2